IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN HOSKINS                                                        PLAINTIFF

V.                              NO. 3:06CV00026-JFF

JO ANNE B. BARNHART,                                                DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED

DATED this 5th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE