IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN HOSKINS                                                                          PLAINTIFF

v.                                          3:06CV00026  JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                              DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $3,544.95 and expenses in the amount of $13.95. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 24th day of January, 2008.

                                                          /s/ John F. Forster, Jr.
                                      UNITED STATES MAGISTRATE JUDGE